Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff David Perez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC RETAIL CAPITAL PARTNERS, LLC; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-04534-MEMF-MAR<br><br>STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiff David Perez and Defendant Pacific Retail Capital Partners, LLC hereby
3  stipulate and jointly request that this Court enter a dismissal with prejudice of the
4  above-entitled action in its entirety. Each party shall bear his or its own costs,
5  experts' fees, and attorneys' expenses. The case has settled.

DATED: August 22, 2025                              VALENTI LAW APC

                                                    By: */s/ Matt Valenti*
                                                        Matt Valenti, Esq.
                                                        Attorney for Plaintiff
                                                        David Perez

DATED: August 22, 2025                              ARNALL GOLDEN
                                                    GREGORY LLP

                                                    By: */s/ David J. Marmins*
                                                        David J. Marmins, Esq.
                                                        Attorneys for Defendant
                                                        Pacific Retail Capital Partners,
                                                        LLC

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED: August 22, 2025                     VALENTI LAW APC

                                           By:  */s/* Matt Valenti
                                                Matt Valenti, Esq.
                                                Attorney for Plaintiff
                                                Iman Woodley